UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26cv05297 CAS (AJRx) Date: July 23, 2026

Title *THE SINA FIRM, APC dba SINA LAW GROUP v. MORGAN CASH, INC.; ET AL.*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 13, 2026**, why this action should not be dismissed for lack of prosecution as to **defendants YECHIEL MICHAEL JAFFE; YAACOV LIPSKIER; MENACHEM MENDEL GAHFI; SCHUEUR SEEWALD; PREMIUM MERCHANT FUNDING, LLC; PREMIUM MERCHANT FUNDING ONE, LLC; PREMIUM MERCHANT FUNDING UK LLC; ABE BERGER; ELIE GOLDSHAN; and PREMIUM MERCHANT 18, LLC, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons and complaint on the Second Amended Complaint on **defendants YECHIEL MICHAEL JAFFE; YAACOV LIPSKIER; MENACHEM MENDEL GAHFI; SCHUEUR SEEWALD; PREMIUM MERCHANT FUNDING, LLC; PREMIUM MERCHANT FUNDING ONE, LLC; PREMIUM MERCHANT FUNDING UK LLC; ABE BERGER; ELIE GOLDSHAN; and PREMIUM MERCHANT 18, LLC** on or before the above date, as a satisfactory response to the Order to Show Cause.

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | CMJ |